FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 23 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Mike R. Serna,
   Plaintiff,

vs.

County of Bernalillo Sheriff's
Department of Albuquerque,
New Mexico, Lieutenant Robert
Warrick, Deputy Garland Leatherman,
and Deputy Alton Smith,
Defendants.

Case no. **23cv254 SCY**

Civil Rights, Misconduct,
Violation of the United States
Constitution
TORT LAW
Jury: No  X   Yes

## COMPLAINT FOR A CIVIL CASE

The Parties to This Complaint:
The Plaintiff

Mike R. Serna
P.O. Box 65384
Albuquerque, NM 87193
(505)321-1661
The Plaintiff is an individual, and is a citizen of the state of New Mexico.

The Defendants:

County of Bernalillo Sheriff's Department
Of Albuquerque, New Mexico
400 Roma Avenue, N.W.
Albuquerque, NM 87102

Lieutenant Robert Warrick,
400 Roma Avenue, N.W.
Albuquerque, NM 87102, Bernalillo County

Deputy Garland Leatherman,
400 Roma Avenue, N.W., Bernalillo County
Albuquerque, NM 87102

Deputy Alton Smith
400 Roma Avenue, N.W., Bernalillo County
Albuquerque, NM 87102
(505)468-7100

BASIS FOR JURISDICTION

II. Basis for Jurisdiction

Federal Question Case under 28 U.S.C. 1331 – case has risen under the United States Constitution violations under the 14th Amendment – Department Lieutenant considered this the Department's Standard Operating Procedures violating the Constitution of the United States.

Violation of the Immunities Clause, Due Process Clause, and Equal Protection Clause Under Color of Law – deprivation of rights under 18 U.S.C. 241, 242 deputies used the Power given to them by a government state or local agency.

4th Amendment – unreasonable search and seizure.

Tort Law Act of New Mexico – Malicious Prosecution with the absence of probable cause.

A. Basis for Jurisdiction Is Federal Question:

The issued writ was against Emma Serna, the Trustee, and Mike Serna, individually, and The "Mike R. Serna Irrevocable Living Trust" was not sued or had a judgment against it. The "Irrevocable Trust", as it will be called from here on, owns the Property in question That was foreclosed on, and Emma Serna and Mike R. Serna are in the "Irrevocable Trust", and are protected along with the "Irrevocable Trust" Properties, from creditor's And all other, and the Sernas' should have not been sued. The "Irrevocable Trust" did Not harm or injury anybody or any thing to cause foreclosure on the property that the Plaintiff's live in.

Under an Irrevocable Trust a Settler and the Trustee can not be sued and they are Protected in the Irrevocable Trust.

The Federal Question here is: How can the protector's of the law enforce and carry through the violations of the Constitution, just to satisfy a person who filed a "Wrongful Foreclosure" of Property that she and her husband, had no dealings or matter's with or any issues with the owner of the Property which is an "Irrevocable Trust", and the Beneficiaries were never notified or were aware of a foreclosure that was going to benefit and or Beneficiary issuance. A government entity that would be liable and allow one of its employees to negligently cause harm and damages against the Plaintiffs, which is a Breach of duty, and a duty of care, and the defendant's committed a Tort or wrongdoing against the Plaintiff, and or the defendant's violated the Plaintiff's rights, immunities or privileges under the Constitution of the United States or New Mexico.

Violation of Amendment Fourteen – Equal Protection under the Law.

Violation of the Fourth Amendment – protects Americans against unreasonable searches And seizures by the government.

Violation of the Fifth Amendment protects the right to private property and may not be deprived of property by the government without "due process of law" or fair procedures.

## STATEMENT OF CLAIM

The first incident with the Bernalillo County Sheriff's Department deputies was back in April, 2017, when the adverse Party, David and Margette Webster, received a void Judgment, which was a judgment from its inception was a complete nullity and without Legal effect, and the Court lacked subject matter jurisdiction, and should have been set a side, but the Court refused to recognize the fact that the judgment was without legal effect, and refused to nullify it. These two Websters ignored its validity and hired the deputies, in the neighborhood of 40 -60 deputies, to execute a writ of execution upon Mike and Emma Serna. Margette had the Court write out a writ against Mike Serna, a non-litigant of the case, and she had no valid or binding supported evidence. The Court did a wrongful misjudgment against Mike and Emma Serna. Emma Serna was not sued individually, and Margette had sued a business.

The end result of this invalid writ of execution used by the deputies was that they would have broken down the doors if the Sernas, the Plaintiff's had not been home, and taken everything that was not nailed down, in the house. To be sold at auction, and the proceeds given to David and Margette Webster. The deputies all had guns and clubs, and the Sernas' were forced to go to the Bank, and borrow $20,000.00 for the "Irrevocable Trust", the owner of the Property, and pay the deputies to remove themselves from the property.

## THE EMOTIONAL TRAUMATIC EVENTS

A. The deputies did not research for a judgment against either Serna.

B. All they had in their possession was a paper that stated the deputies collect from Mike and Emma Serna, and Ms. Serna's legal ex-business, which had to be closed down back in 2012 because Ms. Serna had had a stroke, and could not operate the business, and to give the proceeds to David and Margette Webster.

C. The deputies insisted that the Serna's hand all the house furnishings over or money or they would take us in or take everything by force.

D. The deputies exceeded their boundaries. Helping a felon to steal again from Serna.

E. Unreasonable search and seizure. There was no judgment against either Serna's, and the Serna's asked for proof of a judgment, and they said we do not have one but we have this writ that says we collect or take every thing or put the two of you in jail.

F. A case of aiding and abetting for David and Margette Webster. Margette had altered the judgment, and was intentionally using an unauthorized legal document to gain funds for her own use, and pay the deputies out of the misappropriated funds, from the wrongful victim, made possible by a judge's abuse of discretion to aid her friend, Margette Webster, at the Serna's expense without a lawful judgment against them, and the assets of the "Irrevocable Trust" who never had any dealings or knew the two Webster's.

G. The deputies did not care who owns the property they were there to take all the the belongings. The Plaintiffs was forced to hand over funds just to go back to a semi-normal life. The Sheriff's Department showed no remorse for how they were harming my family, without a judgment. For this I deserve to be compensated.

H. The loss had occurred, and the deputies left, and left Serna and his family traumatized and a mortgage of $20,000.00 without a legal judgment or ever injuring or damaging David or Margette Webster.

I. The Plaintiff's wife approached the deputies office, and they said that Margette Webster told them that her name was Margaret Webster, and that the money belonged to her. The Sheriff's department did not ask for proof of name, a real I.D. verification, or any other proof, and handed her the money on false pretenses.

J. Negligence on the part of the Bernalillo Sheriff's Department, and or the two deputies allowing them selves to be involved in this situation.

On September 26, 2022, David and Margette Webster handed the deputies another writ which was to evict the Plaintiff, and his family from the "Mike R. Serna Irrevocable Living Trust Property". The writ had a Big X, stating that the attorney for the two Webster's had written up the writ, and the judge refused to sign the writ. The unsigned Writ was presented to the Serna's, and were asked to leave the premises within 5 minutes. The deputies had locks on the doors changed, and had the Plaintiff, and his family take only the possessions that they needed immediately, clothes, toiletries, etc.

1. The Property belongs to the "Irrevocable Trust".

2. The Trust allows the Settler, and his family to live in the house for life.

3. The Trust was not a litigant in David and Margette Webster's lawsuit.

4. The two Websters' do not have any kind of judgment against the "Trust" or any kind of issue or matter with the "Trust".

5. The Webster's Foreclosure on the Trust Property was a "Wrongful Foreclosure".

6. The Plaintiff, and his family, moved back into their residence, and filed a "Wrongful

Foreclosure", and Defamation Lawsuit against David and Margette Webster.

7. The Settler exercised his rights to protect his Beneficiaries, and Family from an attorney that is not abiding by the law, and violated the law of ethics, in my book. Falsifying evidence to the Courts, and the opposing party.

8. The two deputies knew that the "writ" was not legal. A writ has to have a signature, and the case was and still is in State Court of Appeals. The deputies called state district court to find out if there was a signed writ, and the clerk said yes. The deputy then called the Court of Appeals, and asked the clerk, should I foreclose on this property, and the clerk said, yes. No ruling from a judge, and when does a clerk have the power to rule on any case. Total abuse, and negligence by the deputy, and the attorney, Daniel White, who had written up the writ, altered it, and tampered with evidence to improve his client's chance's of the deputies removing the Plaintiff, and his family out of their residence.

9. Deputy's Misconduct: The truth was hidden, and the conspiracy was evident, and these clerks had rehearsed what their response was to be. They did not look up the case, and or any outcome, and the judge's assistant signed a copy of the writ to make it look legitimate. See copy of writ exhibit 2.

10. David and Margette Webster waited outside of the Serna's residence while the deputies evicted the Serna's, from the Property that the "Mike R. Serna Irrevocable Living Trust owns". As soon as the Plaintiff, and his family were gone, the two Webster's were escorted into the premises, and they broke tiles, and soiled the walls, and all the time the Webster's knew that they had illegally taken over $61,000.00, cash, from the Serna's, and now wanted to claim their house. This was done with the help of the

Bernalillo County Sheriff's Department, and the Bank that the Plaintiff used for their daily use, in which the Bank knew that the funds were from Social Security income, and the Property belonged to the "Mike R. Serna Irrevocable Living Trust", since May 7, 2015. Double jeopardy for not hurting or damaging any one.

11. The deputies were not concerned that they had already aided and abetted the two Webster's in illegally helping them extort funds from the Plaintiff, his family, and the "Irrevocable Trust", they were out to execute the transfer of the Property to two individuals who never had a judgment, in the first place, but wanted this house, without having any interest in any manner, no mortgage, no note, and they used a lawsuit to Foreclose on Property that they never sued or had a judgment against.

The Property of the "Mike R. Serna Irrevocable Living Trust" was wrongly taken, and the deputies wrongfully deprived the Settler, Mike R. Serna, and his family, of living in the Property, for two individuals, David and Margette Webster, who had no interest in the said Property at "10812 Olympic St., N.W., Albuquerque, NM 87114, County of Bernalillo. My family and I deserve to be compensated for deprivation of our residence by these two deputies.

Third incident: I hired and paid the sheriff's department to serve a summons on David and Margette Webster, and after two months they would not or will not serve her because of prejudice situations and attitudes.

Respectfully submitted,

*Mike R. Serna*

Mike R. Serna
P.O. Box 65384
Albuquerque, NM 87193
(505)321-1661

3-23-2023

RELIEF

The deputies, and the Sheriff's Department have left us traumatized, and we all now have nightmares of losing our home, in which we carefully put into a "Irrevocable Living Trust", and chose our beneficiaries carefully. We have never harmed anyone but the sheriff's deputies have treated us like convicts, for simply knowing and talking to their friends, David and Margette Webster. We do not deserve to be treated like this, and we do not want to go through this nightmare anymore. The neighborhood think we did not pay our bills, and our reputation is clean. The Serna family deserves to have peace of mind, and be compensated for the emotional trauma we have been exposed to for no reason other than the two Webster's greed for money from the Serna family. We worked hard all our lives, and now in our later years, the Plaintiff, Mr. Serna is disabled, and his wife has had three strokes because of the abuse and transgressions. The Plaintiff believes we deserve to be compensated a sum of $250,000 for the mental trauma we experienced, and the loss of money, and the burden of having to pay a uncalled Mortgage at our age, and the defamation we have experienced. Even with all these losses we have gone through, we have lost all those years of peace of mind that you work for all your life to have when you finally get to retire. We truly deserve more, but we would settle for this, and for what ever this Court deems right and proper in the form of punitive damages that would deter this kind of treatment from officers of the law. RELIEF of $250,000.00.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any change to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3-23-2023

Signature of Plaintiff _Mike R. S____

Printed Name of Plaintiff  Mike R. Serna